**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2166**

───────────

ABRAHAM THOMPSON, III,

                                        Plaintiff - Appellant,

        versus

UNITED STATES POSTAL SERVICE; ROSS R.
BACCARNIRI,

                                        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-2735-JFM)

───────────

Submitted:  December 19, 2002        Decided:  December 30, 2002

───────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Abraham Thompson, III, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abraham Thompson, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Thompson v. U.S. Postal Service</u>, No. CA-02-2735-JFM (D. Md. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>